■

COM.

v.

**LOPEZ, J.**

**3487 EDA 2015**

Superior Court of Pennsylvania.

07/31/2017

CP–51–CR–0012713–2009 (Philadelphia)

Affirmed

■

COM.

v.

**WILLIAMS, T.**

**3498 EDA 2015**

Superior Court of Pennsylvania.

07/31/2017

CP–51–CR–0015640–2013 (Philadelphia)

Affirmed

■

COM.

v.

**MCPHAIL, Z.**

**882 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–51–CR–0005380–2014 (Philadelphia)

Affirmed

■

COM.

v.

**TWYMAN, I.**

**924 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–51–CR–0013358–2014 (Philadelphia)

Affirmed

■

**IN the INTEREST OF: K.S., a Minor**

**1662 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–51–DP–0015141–2005 (Philadelphia)

Appeal Dismissed

■

**IN the INTEREST OF: T.B., a minor**

**1677 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–51–DP–0000921–2016 (Philadelphia)

Appeal Dismissed

